RECEIVED
U.S. MARSHALS SERVICE
JUN 18 2008

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND District of Rhode Island

UNITED STATES OF AMERICA

V.

BRUCE G. LAPIERRE, ET AL.

## WARRANT FOR ARREST

CASE NUMBER: CR 08 53 ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LORRAINE A. MARTIN
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to Defraud the United States (Klein Conspiracy); Tax Evasion

in violation of Title (s) 18; 26 United States Code, Section(s) 371; 7201

| | |
|---|---|
| David L. Martin | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| David L. Martin | 6-18-08 Providence RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Woonsocket, RI by USMS and IRS

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06/18/2008 | Bruce McJunkin DUSM | [signature] |
| DATE OF ARREST 06/19/2008 | | |

This form was electronically produced by Elite Federal Forms, Inc.