UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-053-03 ML |
| | ) | |
| LORRAINE MARTIN | ) | |

---

MOTION TO CONTINUE EMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Now comes Lorraine Martin, the Defendant in the above captioned matter, and moves this Honorable Court to continue the empanelment date and extend time for the filing of pretrial motions in this matter for a period of 90 days. Mrs. Martin submits the attached memorandum in support of this request.

Respectfully submitted
Lorraine Martin
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to John Kane, Department of Justice, Tax Division Trial Attorney, on September 10, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-053-03 ML |
| | ) | |
| LORRAINE MARTIN | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE EMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Mrs. Martin has moved this Honorable Court to continue the empanelment date and extend the time for filing pretrial motions in this matter. This case presents an atypical volume of discovery supporting the government's allegations of a multi-year conspiracy dating back to 1997. The conspiracy allegation includes Mrs. Martin's husband, Albert Martin, and his business partner, Bruce Lapierre. Counsel continues to review the documents and meet with Mrs. Martin to attempt to explain the bases for the government's charges. The requested time is necessary to complete the review of the discovery, conduct the necessary investigation, and to ensure that Mrs. Martin fully understands her situation so that she can make fully informed decisions about her case.

The time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8). The government has no objection to this extension.

Respectfully submitted
Lorraine Martin
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to John Kane, Department of Justice, Tax Division Trial Attorney, on September 10, 2008.

/s/ Kevin J. Fitzgerald